

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,945-01

### IN RE LEONARD RAY JACKSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2002CR5940 IN THE 175TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Bexar County District Clerk requesting an estimate of costs for copies of his trial transcripts, but has received no response.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Bexar County, is ordered to file a response stating whether she received a request from the Relator for a statement of costs for his trial records. If the District Clerk received such a request, she shall state the nature of her response and, if available, provide a copy of the response. If the District Clerk received such a request and did not respond, she shall provide her rationale for not responding. This

application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.


Filed: September 17, 2014
Do not publish